SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES GHAZNAVI, <br><br>              Plaintiff, <br><br>      v. <br><br>ALBERTO R. GONZALES, Attorney General of the United States, in his official capacity; ROBERT S. MUELLER, Director of FBI, in his official capacity; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, in his official capacity; EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services, in his official capacity; DAVID N. STILL, District Director of the San Francisco Citizenship and Immigration Service office, in his official capacity, <br><br>              Defendants. | No. C 07-1601 MMC <br><br>**STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about March 21, 2007, and Defendants' Answer is due on May 22, 2007.

    2. Pursuant to this Court's March 21, 2007 Order Setting Initial Case Management

Stipulation to Extend Dates
C07-1601 MMC                        1

Conference, the parties are required to file a joint case management statement on June 22, 2007, and attend a case management conference on June 29, 2007.

    3. The Federal Bureau of Investigation has completed Plaintiff's name check.

    4. In order to allow sufficient time for the parties to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to briefly extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day for Defendant to file an Answer | June 5, 2007 |
| Last day to file Joint ADR Certification | June 22, 2007 |
| Last day to file/serve Joint Case Management Statement: | July 6, 2007 |
| Case Management Conference: | July 13, 2007 at 10:30 a.m. |

Dated: May 22, 2007                  Respectfully submitted,

                                           SCOTT N. SCHOOLS
                                           United States Attorney

                                           /s/
                                           ILA C. DEISS
                                           Assistant United States Attorney
                                           Attorney for Defendants

Dated: May 22, 2007                  /s/
                                           THEODORE C. CHEN
                                           Attorney for Plaintiff

**ORDER**

    Pursuant to stipulation, IT IS SO ORDERED.

Date: May 23, 2007                  *[signature]*
                                           MAXINE M. CHESNEY
                                           United States District Judge