| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CHARLES GHAZNAVI, | ) | |
| | ) | No. C 07-1601 MMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION TO DISMISS; AND** |
| ALBERTO GONZALES, Attorney General | ) | **[PROPOSED] ORDER** |
| of the United States in his official capacity; | ) | |
| ROBERT S. MUELLER, Director of the FBI | ) | |
| in his official capacity; | ) | |
| MICHAEL CHERTOFF, Secretary of the | ) | |
| Department of Homeland Security in his | ) | |
| official capacity; | ) | |
| EMILIO T. GONZALEZ, Director of the | ) | |
| United States Citizenship and Immigration | ) | |
| Services in his official capacity; | ) | |
| DAVID N. STILL, District Director of the | ) | |
| San Francisco Citizenship and Immigration | ) | |
| Service office in his official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, by and though his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

Stipulation to Dismiss
C07-1601 MMC                                                     1

1  Each of the parties shall bear their own costs and fees.

2  Date: May 25, 2007                                Respectfully submitted,

3                                                    SCOTT N. SCHOOLS
                                                     United States Attorney

6                                                    _____/s/_____
                                                     ILA C. DEISS
                                                     Assistant United States Attorney
7                                                    Attorneys for Defendants

10 Date: May 25, 2007                                _____/s/_____
                                                     THEODORE C. CHEN
                                                     Attorney for Plaintiff

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 29, 2007

_____
MAXINE M. CHESNEY
United States District Judge

Stipulation to Dismiss
C07-1601 MMC                            2